**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICIA NOKES, *et al.*, | ) | CASE NO. 1:09-cv-00194 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | MAGISTRATE JUDGE GREG WHITE |
| | ) | |
| PETSMART, INC., | ) | |
| | ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Pursuant to the Court's Order of this same date, the Plaintiffs' Motion To Remand is GRANTED and the case is REMANDED to the Lorain County Court of Common Pleas, where it was originally filed. Accordingly, this action is DISMISSED.

IT IS SO ORDERED.

/s/ Greg White
U.S. MAGISTRATE JUDGE

Date: April 23, 2009